1  Michael B. Lopez (CA Bar No. 282363)
   1616 12th Avenue North
2  P.O. Box 6050
   Fargo, North Dakota 58108
3
   Elif A. Sonmez (CA Bar No. 300423)
4  1015 Masonic Ave #12
   San Francisco, California 94117
5

6  *Pro-Bono Attorneys for Plaintiff*
   ALFREDO LOPEZ, d/b/a AZTECA MARKET
7

8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12

13 | ALFREDO LOPEZ, d/b/a AZTECA MARKET, | ) Case No.:  C13-3793 HSG
   |                                      | )
14 |                    Plaintiff,        | )
   |                                      | )
15 |        vs.                           | ) **ORDER**
   |                                      | )
16 | UNITED STATES OF AMERICA,            | )
   |                                      | )
17 |                                      | )
   |                                      | )
18 |                    Defendant.        | )
   |                                      | )
19 |                                      | )
   |                                      | )
20 |                                      | )
   |                                      | )
21 |_____|

22

23

24

25 //

26 //

27 //

28

- 1 -

1                                             ORDER

2      The request of Michael B. Lopez to make a telephonic appearance at the September 1, 2015

3 2:00 PM Case Management Conference is GRANTED.  Counsel shall contact CourtCall at (866)

4 582-6878 to make arrangements for the telephonic appearance.

7    August 31, 2015                      _____

8                                  Haywood S. Gilliam, Jr.
                                     United States District Judge

- 2 -

[PROPOSED] ORDER
Case No.:  C13-3793 HSG