UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFREDO LOPEZ,

          Plaintiff,

     v.

UNITED STATES OF AMERICA,

         Defendant.

Case No.  13-cv-03793-HSG

**SCHEDULING ORDER**

Re: Dkt. Nos. 60, 63

A case management conference was held on September 1, 2015.  The Court lifts the stay and sets the following case deadlines pursuant to Fed. R. Civ. Proc. 16 and Civil L.R. 16-10:[1]

| Event | Date |
|-------|------|
| Deadline to Exchange Supplemental Disclosures | September 15, 2015 |
| Close of Fact Discovery | November 20, 2015 |
| Close of Expert Discovery | December 18, 2015 |
| Pretrial Conference | January 26, 2016 3:00 p.m. |
| Bench Trial | February 8-9, 2016 8:30 a.m. |

In addition, Plaintiff shall respond to the discovery requests propounded by Defendant on or before October 1, 2015.

     **IT IS SO ORDERED.**

Dated: September 1, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Accordingly, Defendant's administrative motion to set discovery schedule and supplemental briefing, Dkt. No. 60, and Plaintiff's administrative motion to file under seal documents related to his opposition to Defendant's motion, Dkt. No. 63, are DENIED AS MOOT.