Michael B. Lopez (CA Bar No. 282363)
1616 12th Avenue North
P.O. Box 6050
Fargo, North Dakota
Telephone: (701) 330-2098
mbelopez@gmail.com

Elif A. Sonmez (CA Bar No. 300423)
1015 Masonic Avenue, #12
San Francisco, California 94117
Telephone: (530) 210-5352
elif.a.sonmez@gmail.com

*Pro-Bono Attorneys for Plaintiff*
ALFREDO LOPEZ, d/b/a AZTECA MARKET

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFREDO LOPEZ, d/b/a AZTECA MARKET, | Case No.: C13-3793 HSG |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | **Federal Rule of Civil Procedure 41(a)** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
C13-3793 HSG

Dated: September 8, 2015                                  Respectfully submitted,


                                                          /s/ Michael B. Lopez
                                                          Michael B. Lopez
                                                          Elif A. Sonmez

                                                          *Pro-Bono Attorneys for Plaintiff*
                                                          *Alfredo Lopez, d/b/a Azteca Market*


Dated: September 8, 2015                                  Respectfully submitted,


                                                          MELANIE L. PROCTOR
                                                          ERICA BLACHMAN HITCHINGS

                                                          *Attorneys for Defendant*


## [PROPOSED] Order

It is hereby ordered that Plaintiff's action is dismissed with prejudice.

**IT IS SO ORDERED.**


Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
C13-3793 HSG